**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| In re: TEA 2 GO, LLC | § | Case No. 17-20059 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Kent Ries, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00     Claims Discharged
                                           Without Payment: N/A

Total Expenses of Administration: $13,000.00

---

   3) Total gross receipts of $ 13,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,109,081.95 | $13,670.04 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 37,467.09 | 37,467.09 | 13,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 4,463.96 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 600,827.20 | 93,622.32 | 93,622.32 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,709,909.15 | $144,759.45 | $135,553.37 | $13,000.00 |

4) This case was originally filed under Chapter 7 on January 04, 2018. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2019          By: /s/Kent Ries
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent transfer adversaries | 1241-000 | 13,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Lubbock Central Appraisal District | 4800-000 | 5,233.76 | 5,230.70 | 0.00 | 0.00 |
| 2S | Taxing Districts Collected by Potter County | 4800-000 | 3,071.53 | 3,071.53 | 0.00 | 0.00 |
| 3 | City of Colleyville | 4800-000 | 776.66 | 776.66 | 0.00 | 0.00 |
| 4 | Grapevine-Colleyville Independent School District | 4800-000 | N/A | 3,198.72 | 0.00 | 0.00 |
| 5S | Tarrant County | 4800-000 | N/A | 1,225.96 | 0.00 | 0.00 |
| 6S | Dallas County | 4800-000 | N/A | 166.47 | 0.00 | 0.00 |
| NOTFILED | Happy State Bank | 4210-000 | 1,100,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,109,081.95** | **$13,670.04** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Lusky & Associates | 3991-120 | N/A | 27,514.76 | 27,514.76 | 3,047.67 |
| Trustee Compensation - Kent Ries | 2100-000 | N/A | 2,050.00 | 2,050.00 | 2,050.00 |
| Attorney for Trustee Fees (Trustee Firm) - Law Office of Kent Ries | 3110-000 | N/A | 7,830.00 | 7,830.00 | 7,830.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Law Office of Kent Ries | 3120-000 | N/A | 72.33 | 72.33 | 72.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $37,467.09 | $37,467.09 | $13,000.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Taxing Districts Collected by Potter County | 5800-000 | N/A | N/A | 3,071.53 | 0.00 |
| 5P | Tarrant County | 5800-000 | N/A | N/A | 1,225.96 | 0.00 |
| 6P | Dallas County | 5800-000 | N/A | N/A | 166.47 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $4,463.96 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Maya Tea Company LLC | 7100-000 | 67,961.95 | 67,961.95 | 67,961.95 | 0.00 |
| 8 | SLS Partnership, Inc. | 7100-000 | 25,721.49 | 25,660.37 | 25,660.37 | 0.00 |
| NOTFILED | Trinkets and Tea, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Centre Lubbock , LLC | 7100-000 | 448,127.86 | N/A | N/A | 0.00 |
| NOTFILED | Summit Stoneworks | 7100-000 | 2,524.00 | N/A | N/A | 0.00 |
| NOTFILED | Hubware, LLC d/b/a Local Legend Outfitters | 7100-000 | 36,022.56 | N/A | N/A | 0.00 |
| NOTFILED | Computers-Typewriters, Inc. d/b/a CompuType IT Solutions | 7100-000 | 15,875.34 | N/A | N/A | 0.00 |
| NOTFILED | International Tea Importers | 7100-000 | 4,594.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $600,827.20 | $93,622.32 | $93,622.32 | $0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-20059  
**Case Name:** TEA 2 GO, LLC  

**Trustee:** (631700) Kent Ries  
**Filed (f) or Converted (c):** 01/04/18 (f)  
**§341(a) Meeting Date:** 02/14/18  

**Period Ending:** 06/17/19  

**Claims Bar Date:** 11/05/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Happy State Bank checking account | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Accounts receivable | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Fraudulent transfer adversaries (u) | Unknown | 12,000.00 | | 13,000.00 | FA |
| 3 | **Assets** **Totals** (Excluding unknown values) | **$0.00** | **$12,000.00** | | **$13,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2019    **Current Projected Date Of Final Report (TFR):**   March 15, 2019  (Actual)

Printed: 06/17/2019 02:15 PM      V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-20059  
**Case Name:** TEA 2 GO, LLC  

**Taxpayer ID #:** **-***6271  
**Period Ending:** 06/17/19  

**Trustee:** Kent Ries (631700)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $300,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/25/19 | {3} | Aim Bank | Compromise settlement | 1241-000 | 10,000.00 | | 10,000.00 |
| 03/04/19 | {3} | Bianco Properties | Compromise with Midway | 1241-000 | 3,000.00 | | 13,000.00 |
| 05/14/19 | 101 | Kent Ries | Dividend paid 100.00% on $2,050.00, Trustee Compensation;  Reference: | 2100-000 | | 2,050.00 | 10,950.00 |
| 05/14/19 | 102 | Law Office of Kent Ries | Dividend paid 100.00% on $7,830.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 7,830.00 | 3,120.00 |
| 05/14/19 | 103 | Law Office of Kent Ries | Dividend paid 100.00% on $72.33, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 72.33 | 3,047.67 |
| 05/14/19 | 104 | Lusky & Associates | Dividend paid  11.07% on $27,514.76, Attorney for Creditor Fees;  Reference: | 3991-120 | | 3,047.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,000.00 | 13,000.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,000.00 | 13,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,000.00** | **$13,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0266** | 13,000.00 | 13,000.00 | 0.00 |
| | $13,000.00 | $13,000.00 | $0.00 |

{} Asset reference(s)